UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PHILLIP B. HAUSKEN,

          Plaintiff,

  v.

MARK GLAZER, *et al.*,

          Defendants.

Case No. C12-190-RAJ

ORDER DENYING PLAINTIFF'S REQUEST FOR PRELIMINARY INJUNCTIVE RELIEF

The Court, having reviewed plaintiff's complaint, plaintiff's request for preliminary injunctive relief, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

    (1)    The Court adopts the Report and Recommendation.

    (2)    Plaintiff's request for preliminary injunctive relief (Dkt. No. 13) is DENIED.

//

//

//

ORDER DENYING PLAINTIFF'S
REQUEST FOR PRELIMINARY
INJUNCTIVE RELIEF - 1

(3)     The Clerk is directed to send copies of this Order to plaintiff, to the Washington Attorney General's Office, and to the Honorable James P. Donohue.

DATED this 11th day of June, 2012.

*Richard A. Jones* (signature)

The Honorable Richard A. Jones
United States District Judge

ORDER DENYING PLAINTIFF'S
REQUEST FOR PRELIMINARY
INJUNCTIVE RELIEF - 2