UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PHILLIP B. HAUSKEN,

                Plaintiff,

    v.

MARK GLAZER, *et al.*,

                Defendants.

Case No. C12-190-RAJ

ORDER GRANTING DEFENDANTS' MOTION TO DISMISS

       The Court, having reviewed plaintiff's complaint, defendants' motion to dismiss, plaintiff's response thereto, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, any objections thereto, and the remaining record, does hereby find and ORDER:

    (1)    The Court adopts the Report and Recommendation.

    (2)    Defendants' motion to dismiss (Dkt. No. 27) is GRANTED.

    (3)    Plaintiff's complaint (Dkt. No. 12) and this action are DISMISSED with prejudice.

//

//

ORDER GRANTING DEFENDANTS'
MOTION TO DISMISS - 1

(4)     The Clerk is directed to send copies of this Order to plaintiff, to counsel for defendants, and to Judge Donohue.

DATED this 25th day of March, 2013.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING DEFENDANTS'
MOTION TO DISMISS - 2