HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PHILLIP B. HAUSKEN,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>MARK GLAZER, et al.,<br><br>　　　　　　Defendants. | CASE NO. C12-190 RAJ<br><br>ORDER |

This matter comes before the court on plaintiff's motion to modify, terminate or reduce legal financial obligations. Dkt. # 60. Plaintiff's motion is frivolous. The court dismissed plaintiff's case with prejudice on March 25, 2013. This case is now closed. The court will not consider any additional motions. The clerk is DIRECTED to terminate Dkt. ## 60 and 61.

Dated this 5th day of June, 2013.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER- 1